IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOE LEWIS THOMAS,

     Appellant,

v.

     Case No.  5D23-1674
     LT Case No. 1995-CF-11394

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed June 27, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Joe L. Thomas, Live Oak, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., WALLIS and BOATWRIGHT, JJ., concur.